UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America,

        Plaintiff,

v.

Randolph Bullock,

        Defendant,

and

Charles Schwab & Co., Inc.,

        Garnishee.

Civil Action No.: 3:23-CV-1440 (GTS/ML)

## ORDER

For good cause, the Motion of the United States to dismiss the Writ of Garnishment is GRANTED.

The Writ of Garnishment issued against Charles Schwab & Co., Inc. (Dkt. No. 5) is dismissed.

DATED: January 12, 2024

UNITED STATES DISTRICT JUDGE

Glenn T. Suddaby
U.S. District Judge